# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.   Case No. 18-1971-BPG

ARKMALLAH HILLIARD

\*\*\*\*\*\*

RECEIVED
USMS-PRIS OPS
BALTIMORE, MD

FILED _____ ENTERED
LOGGED _____ RECEIVED
JUL 17 2018
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ORDER OF DETENTION (18 U.S.C. § 3142)

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I have concluded that the following facts require the detention of the defendant pending the trial of this case.

### PART I: FINDINGS OF FACT

☑ (1) This is a case in which the [government may properly seek detention] or [the court may consider ordering detention sua sponte].

☑ (2) The defendant is charged under: __18:371 Conspiracy__

☑ (3) The maximum term of imprisonment, if convicted, is: __5 yrs.__

☑ (4) Based on the government's [proffer] [~~evidence~~] there is probable cause to believe that the defendant committed the offense(s) charged.

☐ The government is entitled to a presumption under § 3142 (e) **[describe in Part II]**.

☐ The defendant has failed to rebut this presumption [as to flight risk] or [as to danger].

☑ (5) I find, by a preponderance of the evidence, from the information produced at the hearing that there is a serious risk that the defendant will not appear.

☐ (6) I find, by clear and convincing evidence, from the information produced at the hearing that the defendant poses a risk to the safety of other persons and the community.

☑ (7) I find by clear and convincing evidence that there is no condition or combination of conditions which will reasonably assure [the defendant's presence at trial or as otherwise required] [~~community safety~~].
_Serious risk def. will obstruct justice or threaten witnesses pursuant to 18 USC 3142(f)(2)_

### PART II: WRITTEN STATEMENT OF ADDITIONAL REASONS FOR DETENTION
1. Nature of offense - fraud, use of 11 SS#, alias on facebook
2. Delay in locating def. post indictment
3. Discrepant members employment information
4. Facebook post - threatening bloodshed and death to potential witness

The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the U.S. Marshal shall deliver the defendant for the purpose of an appearance in connection with a court proceeding.

July 17, 2018   _/s/_
Date   Beth P. Gesner
United States Magistrate Judge